# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

SHEILA FONTENOT                      CIVIL ACTION NO. 19-cv-0398

VERSUS                                            JUDGE WALTER

OSAGIE AGBON, ET AL                   MAGISTRATE JUDGE HORNSBY

## MEMORANDUM ORDER

Sheila Fontenot ("Plaintiff") Plaintiff filed this civil action in state court for damages she allegedly sustained in a motor vehicle accident. Defendants removed the case to federal court based on an assertion of diversity jurisdiction, which puts the burden on the removing parties to show complete diversity of citizenship of the parties and an amount in controversy over $75,000.

Defendants have met their burden with regard to the amount in controversy and the citizenship of Plaintiff and defendant Osagie Agbon. However, more facts are needed to allege the citizenship of Progressive County Mutual Insurance Company. The notice of removal states that Progressive is an insurance *company* organized under the laws of the State of Texas, with its principal place of business in Texas. The notice does not specify Progressive's form of entity. To avoid any doubt about subject-matter jurisdiction, the removing defendants should file an amended notice of removal that includes specific allegations with respect to the form of entity of Progressive. If it is a *corporation*, the allegations regarding its citizenship are sufficient. If it is an unincorporated organization, its citizenship must be alleged with the rules set forth in Rodiaco, Inc. v. Chesapeake

<u>Energy Louisiana Corp</u>, 2018 WL 3551525 (W.D. La. 2018).  Defendants must file their amended notice of removal no later than **April 12, 2019**.

    THUS DONE AND SIGNED in Shreveport, Louisiana, this 4th day of April, 2019.

Mark L. Hornsby
U.S. Magistrate Judge